# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Wells-Gardner Electronics Corporation

**DEFENDANTS**
C. Ceronix, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd.
105 W. Adams, Suite 3600
Chicago, Illinois 60603

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(Not applicable — Federal Question)

## IV. NATURE OF SUIT

Property Rights: [x] 830 Patent

## V. ORIGIN

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

28 U.S.C. Sections 1331 and 1338(a) - Action for patent infringement

## VII. PREVIOUS BANKRUPTCY MATTERS

(none)

## VIII. REQUESTED IN COMPLAINT:

DEMAND $ _____
JURY DEMAND: [x] Yes [ ] No

## IX. This case

[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____ previously dismissed by Judge _____

DATE: 4/23/2010
SIGNATURE OF ATTORNEY OF RECORD: /s/ [signature]